**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: LAURA FREDRIKA PLUMA,
                              *Debtor,*

LAURA FREDRIKA PLUMA,
                              *Appellant,*

v.

TAX COLLECTOR FOR THE
COUNTY OF SAN DIEGO,
                              *Appellee.*

No. 04-55107

BAP No.
SC-03-01098-
BaRyMa

OPINION

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Marlar, Ryan, and Baum, Bankruptcy Judges, Presiding

Argued and Submitted
October 21, 2005—Pasadena, California

Filed October 31, 2005

Before: A. Wallace Tashima and Raymond C. Fisher,
Circuit Judges, and Milton I. Shadur,* Senior District Judge.

Per Curiam Opinion

---

*The Honorable Milton I. Shadur, Senior United States District Judge
for the Northern District of Illinois, sitting by designation.

14879

## COUNSEL

Brian M. Mahoney, American Debt Relief, San Diego, California, for the appellant.

Timothy M. Barry, Senior Deputy County Counsel, San Diego, California, for the appellee.

## OPINION

PER CURIAM:

This is an appeal from the judgment of the Bankruptcy Appellate Panel ("BAP"), *Tax Collector v. Pluma (In re Pluma)*, 303 B.R. 444 (B.A.P. 9th Cir. 2003), reversing the judgment of the bankruptcy court, *see In re Pluma*, 289 B.R. 151 (Bankr. S.D. Cal. 2003).[1] We affirm the judgment of the BAP for the reasons stated in its opinion, 303 B.R. 444, *supra*, and remand to the bankruptcy court for further proceedings.

**AFFIRMED.**

---

[1]We deny appellee's motion to dismiss the appeal.